*Notice: This order is subject to correction before publication in the PACIFIC REPORTER. Readers are requested to bring errors to the attention of the Clerk of the Appellate Courts, 303 K Street, Anchorage, Alaska 99501, phone (907) 264-0608, fax (907) 264-0878, email corrections@akcourts.gov.*

# In the Supreme Court of the State of Alaska

| | |
|---|---|
| In the Disciplinary Matter Involving:<br><br>**Nathan R. Michalski,**<br><br>Respondent. | Supreme Court No. **S-19315**<br><br>**Order**<br><br>Order No. 125 – March 28, 2025 |

**ABA File No. 2024D044**
**ABA Member No. 0611095**

Before:     Carney, Chief Justice, and Borghesan, Henderson, and Pate, Justices, and Maassen, Senior Justice.

On consideration of the Stipulation for Discipline by Consent Pursuant to Alaska Bar Rule 22(h) filed 12/2/2024,

**IT IS ORDERED**:

1.  **Nathan R. Michalski** is disbarred from the practice of law in Alaska to take effect immediately.

2.  Pursuant to the schedule provided in Alaska Bar Rule 16(c)(3), Michalski will pay $1,000 in costs and attorney's fees to the Alaska Bar Association within 60 days of entry of this order.

3.  Prior to seeking readmission to the practice of law in Alaska, Michalski will certify to Bar Counsel that he has earned at least 15 credit hours of continuing legal education in the area of ethics.

4.  Prior to seeking readmission to the practice of law in Alaska, Michalski must demonstrate satisfactory compliance with probation conditions and special conditions of probation, including completion of a sex

offender treatment program.

5. Michalski, upon seeking reinstatement, will follow reinstatement procedures outlined in Alaska Bar Rule 29(c)(1)-(4).

Entered at the direction of the court.

Clerk of the Appellate Courts

Meredith Montgomery

Distribution: